Certificate Number: 16339-PAE-DE-040688713

Bankruptcy Case Number: 26-10177



16339-PAE-DE-040688713

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 3, 2026, at 11:17 o'clock PM EST, Corinne Rahn completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 3, 2026           By:   /s/Kris Krumal

                                                            Name: Kris Krumal

                                                            Title: Certified Financial Counselor