*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 7

Corinne Christine Rahn                                          : Case No. 26–10177–pmm
        Debtor(s)

### *ORDER*
_____

AND NOW, this day , April 29, 2026 , it appearing that the trustee in the above
entitled matter has filed his report and that the trustee has performed all other duties required
in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and
the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

15
Form 195